THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **RHONDA SCHIFFERL,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**MORNING VIEW ASSISTED LIVING, LLC,**<br><br>　　　　**Defendant.** | Case No. 3:20-cv-842-JD-MGG |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Rhonda Schifferl and Defendant Morning View Assisted Living, LLC, parties to this action, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Ronald Weldy (with permission)*<br>Ronald E. Weldy<br>Weldy Law<br>11268 Governors Ln<br>Fishers, IN 46037<br>Email:  rweldy@weldylegal.com<br><br>*Attorney for Plaintiff* | */s/ Emily L. Connor*<br>Emily L. Connor<br>Bianca V. Black<br>LITTLER MENDELSON, P.C.<br>111 Monument Circle, Suite 702<br>Indianapolis, IN  46204<br>Email:  econnor@littler.com<br>　　　　bblack@littler.com<br><br>*Attorneys for Defendant* |