UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RHONDA SCHIFFERL,

   Plaintiff,

   v.

MORNING VIEW ASSISTED LIVING, LLC,

   Defendant.

Case No. 3:20-CV-842 JD

## **ORDER**

The parties have submitted a Stipulation for Dismissal, indicating the case has settled (DE 43). In light of this stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice.

SO ORDERED.

ENTERED: February 11, 2022

                                  /s/ JON E. DEGUILIO
                                  Chief Judge
                                  United States District Court